# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GW Acquisition Co., LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Pageland Limited Liability Company, et al.<br><br>　　　　　Defendants. | Civil Action No. _____<br><br>**GW ACQUISITION'S FINANCIAL DISCLOSURE** |

　　　　Plaintiff GW Acquisition Co., LLC's ("GWA"), pursuant to Local Civil Rule 7.1(A)(1)(a) & (b), makes the following financial disclosure:

　　　　GWA has nothing to report under Local Civil Rule 7.1(A)(1)(a). The sole member of GWA is QualityTech, L.P., a Delaware Limited Partnership. Local Civil Rule 7.1(A)(1)(b).

**Dated: March 8, 2022**　　　　　　　　　　**Respectfully submitted by**

　　　　　　　　　　　　　　　　　　　　　　**STINSON LLP**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael Tucci
　　　　　　　　　　　　　　　　　　　　　　Michael Tucci (Virginia Bar No.: 32523)
　　　　　　　　　　　　　　　　　　　　　　1775 Pennsylvania Ave., NW, Suite 800
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 785-9100
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 572-9950
　　　　　　　　　　　　　　　　　　　　　　Email: michael.tucci@stinson.com

　　　　　　　　　　　　　　　　　　　　　　Bradley J. Yeretsky (Mo. Bar No.: 53845)*
　　　　　　　　　　　　　　　　　　　　　　1201 Walnut Street, Suite 2900
　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64106
　　　　　　　　　　　　　　　　　　　　　　Tel. (816) 691-2333
　　　　　　　　　　　　　　　　　　　　　　Fax: (816) 412-9384
　　　　　　　　　　　　　　　　　　　　　　brad.yeretsky@stinson.com
　　　　　　　　　　　　　　　　　　　　　　*(*Motion for Admission Pro Hac Vice forthcoming*)

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　*GW Acquisition Co., LLC*

CORE/0831064.0123/173058829.1