IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| G.W. ACQUISITION CO., L.L.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:22-cv-255 (LMB/JFA) |
| PAGELAND LIMITED LIABILITY COMPANY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## CONSENT ORDER
### EXTENDING TIME TO FILE ANSWER

THIS CAUSE came upon Defendants' Consent Motion for Extension of Time to File an Answer.

IT APPEARING that the parties agree that the motion should be granted and for other good cause shown;

IT IS ORDERED that the motion is GRANTED, and that Defendants shall have until April 22, 2022, to file an Answer.

Entered this 12th day of April, 2022.

/s/ _____
Leonie M. Brinkema
**United States District Judge**

-2-

SEEN AND AGREED:

/s/ *Aaron S. Book*
Aaron S. Book (VSB No. 43868)
Webster Book LLP
abook@websterbook.com
300 N. Washington St., Suite 404
Alexandria VA 22314
Phone and Fax: 888-987-9991
Cell: 202-281-4890

/s/ *Michael E. Tucci*
Michael E. Tucci, Esq. (VSB No. 32523)
STINSON LLP
michael.tucci@stinson.com
1775 Pennsylvania Avenue NW, Suite 800
Washington DC 20006-4605
Phone: 202-728-3010
Fax: 202-572-9964
Cell: 202-494-1863