# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

GW Acquisition Co., LLC,

        Plaintiff/Counterclaim
        Defendant

v.

Pageland Limited Liability Company, et al.

        Defendants/Counterclaim
        Plaintiffs/Third-Party Claim
        Plaintiffs,

v.

MAGLANDBROKER LLC, et al.

        Third-Party Defendants.

Civil Action No. 1:22-cv-255 (LMB/JFA)

**PLAINTIFF/COUNTERCLAIM DEFENDANT GW ACQUISITION CO. LLC'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS**

## PLAINTIFF/COUNTERCLAIM DEFENDANT GW ACQUISITION CO., LLC'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS

Plaintiff/Counterclaim Defendant GW Acquisition Co., LLC ("GWA") respectfully submits its Statement of Uncontroverted Material Facts in Support of GWA's Motion to Dismiss or, Alternatively, for Summary Judgment:



2.      In May 2021, the property owners of the Phase 1 and Phase 2 land filed a

Comprehensive Plan Amendment with the Prince William County Planning Office (the "Property Owners' Amendment"). The Property Owners Amendment sought to allow the site to be used exclusively for data centers and estimated all of the property located in both Phase 1 and 2 to be .30 FAR. (Ex. A, ¶ 9).





**Dated: May 27, 2022**

**Respectfully submitted by**

**STINSON LLP**

   /s/ Michael Tucci                   

Michael Tucci (Virginia Bar No.: 32523)
1775 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006
Tel.: (202) 785-9100
Fax: (202) 572-9950
Email: michael.tucci@stinson.com

Bradley J. Yeretsky (Mo. Bar No.: 53845)*
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel. (816) 691-2333
Fax: (816) 412-9384
brad.yeretsky@stinson.com
*(*Motion for Admission Pro Hac Vice
forthcoming*)

***Counsel for Plaintiff/Counterclaim
Defendant GW Acquisition Co., LLC***

## <u>Certificate of Service</u>

I hereby certify that a copy of the foregoing was served on May 27, 2022, electronically via the Court's ECF system to all parties registered to receive such service.

/s/ Michael Tucci
Michael Tucci (Virginia Bar No.: 32523)
1775 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006
Tel.: (202) 785-9100
Fax: (202) 572-9950
Email: michael.tucci@stinson.com

# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| GW Acquisition Co., LLC, | |
| Plaintiff/Counterclaim Defendant | |
| v. | Civil Action No. 1:22-cv-255 (LMB/JFA) |
| Pageland Limited Liability Company, et al. | |
| Defendants/Counterclaim Plaintiffs/Third-Party Claim Plaintiffs, | **DECLARATION OF MARK WESTHOFF** |
| v. | |
| MAGLANDBROKER LLC, et al. | |
| Third-Party Defendants. | |

I, Mark Westhoff, declare:

1.      I am over the age of 18, have personal knowledge of all matters stated herein. I make this declaration in support of Plaintiff/Counterclaim Defendants GW Acquisition's ("GWA") Motion to Dismiss and/or for Summary Judgment. If called to testify to the matters stated herein, I could and would do so competently.

2.      I am GWA's Vice President, Corporate Real Estate. I have been employed by GWA's parent or related companies since 2009. During my tenure, I have been responsible for the acquisition of hundreds of acres of real estate, including approximately 380 acres in Virginia. Prior to September, 2021, GWA's parent was a publically traded Real Estate Investment Trust, with its securities traded on the New York Stock Exchange.

CORE/0831064.0123/174725738.1





9.    In May 2021, the property owners of the Phase 1 and Phase 2 land filed a
Comprehensive Plan Amendment with the Prince William County Planning Office. The
Amendment sought to allow the site to be used exclusively for data centers. As part of the
Amendment, data center Floor Area Ratio ("FAR") was estimated to be .30 FAR. This FAR was
proposed for all land within both Phase 1 and Phase 2.



I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this 27 day of May, 2022, in Overland Park Kansas

/s/

Mark Westhoff
VP, Corporate Real Estate
GW Acquisition, CO., LLC

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| GW Acquisition Co., LLC,<br><br>        Plaintiff/Counterclaim Defendant<br><br>v.<br><br>Pageland Limited Liability Company, et al.<br><br>        Defendants/Counterclaim Plaintiffs/Third-Party Claim Plaintiffs,<br><br>v.<br><br>MAGLANDBROKER LLC, et al.<br><br>        Third-Party Defendants. | Civil Action No. 1:22-cv-255 (LMB/JFA)<br><br>**DECLARATION OF MARY ANN GHADBAN** |

I, Mary Ann Ghadban, declare:

1.     I am over the age of 18, have personal knowledge of all matters stated herein. I make this Declaration in support of Plaintiff/Counterclaim Defendant GW Acquisition's ("GWA") Motion to Dismiss and/or for Summary Judgment. If called to testify to the matters stated herein, I could and would do so competently.

2.     I am a licensed Real Estate Broker specializing in land brokerage in the Commonwealth of Virginia and have been for approximately 30 years. I am also the owner of approximately 55 acres of property located at 6389 Pageland Lane, Gainesville, Virginia.

3.     In 2020, after a data center was approved by Prince William County next door to our properties, I came up with the idea to assemble various properties within the vicinity of my property, to get the land use for our properties changed and market as an assemblage suitable for development of data centers. Most of the properties assembled had been operated as farmland in

the past. At no time did I provide GWA with copies of the Listing and Marketing Agreement between my brokerage, MAGLANDBROKER, LLC and the potential sellers.

4.     I succeeded in assembling and listing approximately 812 acres to market to potential data center users on behalf of the sellers. Beginning around September 2020, I commenced a marketing campaign for the assemblage and contacted 11 data center users whom I thought might be interested in acquiring the assemblage. One of the parties contacted was QTS Realty Trust, ("QTS") a developer of data centers. GWA is an affiliate of QTS.



I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of May, 2022, in Prince William County

/s/

Mary Ann Ghadban